JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORAL HEAD, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>AVIATOR NATION, INC., a California corporation,<br><br>　　　　　　Defendant.<br><br>AND RELATED CROSS-CLAIMS. | Case No. 2:22-cv-03601-SB-JEM<br><br>[Assigned to The Honorable Stanley Blumenfeld, Jr., Courtroom 6C]<br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE [DKT. NO. 25]** |

Pursuant to the parties' stipulation, Dkt. No. 25, it is hereby ORDERED:

1. This action is dismissed with prejudice; and
2. All parties will bear their own costs and attorney's fees incurred against one another in this action.

DATED: November 3, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　United States District Judge